```
1   ANTHONY M. BARNES (Bar No. 199048)
    JASON R. FLANDERS (Bar No. 238007)
2   Email: amb@atalawgroup.com
    AQUA TERRA AERIS LAW GROUP LLP
3   4030 Martin Luther King Jr. Way
    Oakland, CA 94609
4   Telephone: (917) 371-8293
5
    Attorneys for Plaintiffs
6   CALIFORNIA COASTKEEPER, INC., dba
    CALIFORNIA COASTKEEPER ALLIANCE, and
7   THE OTTER PROJECT, INC., for itself and for
    MONTEREY COASTKEEPER, a program of
8   THE OTTER PROJECT, INC.
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER, INC., doing business as CALIFORNIA COASTKEEPER ALLIANCE, a nonprofit corporation, and THE OTTER PROJECT, INC., for itself and for MONTEREY COASTKEEPER, a program of THE OTTER PROJECT, INC., a nonprofit corporation,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>HILDEBRAND & SONS TRUCKING, INC.,<br><br>　　　　　　Defendant. | Case No.: 5:20-cv-08199-NC<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

PLEASE TAKE NOTICE that the parties have reached a *tentative* settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiffs receive that notice from DOJ. At the end of the 45-day review period, Plaintiffs will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: May 24, 2021

AQUA TERRA AERIS LAW GROUP LLP

By: /s/ *Anthony Barnes*
ANTHONY BARNES
Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE,
THE OTTER PROJECT, INC., AND
MONTEREY COASTKEEPER