1  ANTHONY M. BARNES, SBN 199048
   Email: amb@atalawgroup.com
2  JASON R. FLANDERS, SBN 238007
   Email: jrf@atalawgroup.com
3  AQUA TERRA AERIS (ATA) LAW GROUP
   4030 Martin Luther King Jr. Way
4  Oakland, CA 94609
5  Telephone: (917) 371-8293

6  ERIN K. CLANCY, SBN 249197
7  Email: erin@cacoastkeeper.org
   CALIFORNIA COASTKEEPER ALLIANCE
8  1100 11th Street, 3rd Floor
   Sacramento, CA 95814
9  Telephone: (619) 313-3037

10
   *Attorneys for Plaintiffs*
11 CALIFORNIA COASTKEEPER, INC., dba
   CALIFORNIA COASTKEEPER ALLIANCE, and
12 THE OTTER PROJECT, INC., for itself and for
   MONTEREY COASTKEEPER, a program of
13 THE OTTER PROJECT, INC.

14

15                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
16

17

18 CALIFORNIA COASTKEEPER, INC., doing        Case No.: 5:20-cv-08199-NC
   business as CALIFORNIA COASTKEEPER
19 ALLIANCE, a nonprofit corporation, and THE   **NOTICE OF [PROPOSED] CONSENT
   OTTER PROJECT, INC., for itself and for      DECREE; REQUEST FOR ENTRY OF
20 MONTEREY COASTKEEPER, a program of           [PROPOSED] CONSENT DECREE**
   THE OTTER PROJECT, INC., a nonprofit
21 corporation,

22                      Plaintiffs,

23        vs.

24 HILDEBRAND & SONS TRUCKING, INC.,

25

26                      Defendant.

27

28

───────────────────────────────────────────

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE

1    WHEREAS, on May 24, 2021, CALIFORNIA COASTKEEPER, INC., doing business as

2  CALIFORNIA COASTKEEPER ALLIANCE, a nonprofit corporation, and THE OTTER

3  PROJECT, INC., for itself and for MONTEREY COASTKEEPER, a program of THE OTTER

4  PROJECT, INC., a nonprofit corporation, ("Plaintiffs") and Defendant HILDEBRAND & SONS

5  TRUCKING, INC. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement

6  resolving the issues raised in Plaintiffs' complaint; and

7    WHEREAS, on May 24, 2021, Plaintiffs filed a Notice of Tentative Settlement and

8  requested the Court not sign the Consent Decree until a mandatory period for comment by the

9  United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of

10  Federal Regulations, title 40, section 135.5 (ECF #18); and

11    WHEREAS, on May 25, 2021, Plaintiff filed a Notice of Commencement of 45-Day Review

12  Period, which advised the Court that the United States had acknowledged receipt of the Consent

13  Decree and would notify the Court of any objections to the Consent Decree by June 14, 2021, (ECF

14  #20); and

15    WHEREAS, on July 7, 2021, the United States Department of Justice notified Plaintiff via

16  electronic mail that the United States does not object to the Court's entry of the Consent Decree into

17  judgment; as the Agencies have indicated that they have no objection to entry, the Court may now

18  enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to

19  enforce the terms of the [Proposed] Consent Decree if necessary.

20    WHEREAS, on July 8, 2021, Plaintiff submitted a [Proposed] Consent Decree to the Court

21  for approval and entry.

22    THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a

23  true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the

24  Consent Decree as judgment.

25

26

27  DATED: July 8, 2021                          AQUA TERRA AERIS LAW GROUP

28

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE

1

2
                                    */s/Anthony M. Barnes*

3
                                    Anthony M. Barnes
                                    Attorneys for Plaintiffs CALIFORNIA

4
                                    COASTKEEPER, INC., dba
                                    CALIFORNIA COASTKEEPER

5
                                    ALLIANCE, and THE OTTER PROJECT,
                                    INC., for itself and for MONTEREY

6
                                    COASTKEEPER, a program of
                                    THE OTTER PROJECT, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE